## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

ANDREA L. BRIGGS and      :
ROBERT C. BRIGGS,

                               :

    **Plaintiffs**           **CIVIL ACTION NO. 3:16-0902**

                               :

      **v.**                **(JUDGE MANNION)**

                               :

MACY'S INC., MACY'S RETAIL
HOLDING, INC., and JAY REESE, :

    **Defendants**        :

## O R D E R

For the reasons stated in the court's memorandum issued this same

day, **IT IS HEREBY ORDERED THAT**:

1. The defendants' motion to compel arbitration, (Doc. 5), is **DENIED**;

2. A period of limited discovery on the issue of arbitrability shall commence on the date of this Order and extend for **sixty (60) days**;

3. Within **ten (10)** days after the expiration of the discovery period, the defendants shall file a renewed motion to compel arbitration pursuant to Rule 56 or, in the alternative, shall file another dispositive motion or a responsive pleading.


                          s/ *Malachy E. Mannion*
                          **MALACHY E. MANNION**
                          **United States District Judge**

**Date: February 14, 2017**

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2016 MEMORANDA\16-0902-01-order.wpd