# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

ANDREA L. BRIGGS,                     :
                                      :
    Plaintiff          CIVIL ACTION NO. 3:16-0902
                                      :
    v.                     (JUDGE MANNION)
                                      :
MACY'S INC., MACY'S RETAIL
HOLDING, INC., and JAY REESE, :

    Defendants         :

## O R D E R

For the reasons stated in the court's memorandum issued this same day, **IT IS HEREBY ORDERED THAT**:

1. Macy's motion for leave of court to amend its answer to add counterclaims against plaintiff, **(Doc. 37),** is **GRANTED IN PART**, as specified in the foregoing memorandum; and

2. The defendants are directed to file their amended answer to plaintiff's amended complaint, (Doc. 27), with only the remaining portions of their counterclaims as specified in the foregoing memorandum, within **fourteen (14)** days of the date of this Order.


                    s/ *Malachy E. Mannion*
                    **MALACHY E. MANNION**
                    **United States District Judge**

**Date: September 28, 2018**
O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2016 MEMORANDA\16-0902-03-ORDER.wpd